IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TRACY HARRIS,

Plaintiff,

v.

TRANSUNION, LLC,

Defendants.

CIVIL ACTION FILE NO.

1:25-cv-192-MLB-JKL

**ORDER**

This consumer case is presently before the Court *sua sponte*. On January 23, 2025, Defendant answered Plaintiff's complaint. [Doc. 3.] However, since that time, the parties have not filed a joint preliminary report and discovery plan. The parties are therefore **DIRECTED**, within **fourteen (14) days** of the entry of this order, to file a joint preliminary planning report in accordance with Local Rule 16.2.[1]

[1] Under Local Rule 16.1, the parties are required to hold their Rule 26(f) conference within 16 days of the appearance of a defendant by answer or motion, and under Local Rule 16.2, the parties must file their joint preliminary report and discovery plan within 30 days of the appearance of a defendant by answer or motion. *See* LR 16.1 and 16.2, NDGa.

The Clerk is **DIRECTED** to submit the matter to the undersigned after expiration of the above time period.

IT IS SO ORDERED AND DIRECTED this 24th day of February, 2025.

JOHN K. LARKINS III
United States Magistrate Judge